# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

RAYMOND CORDELL SMITH                               PLAINTIFF

v.                  Case No. 2:10CV00067 JLH/JTK

LARRY D. MAY, *et al*.                                       DEFENDANTS

## **ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that defendants May and Harmon are hereby DISMISSED from plaintiff's complaint.

IT IS SO ORDERED this 7th day of July, 2010.

_____
UNITED STATES DISTRICT JUDGE