**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

RAYMOND CORDELL SMITH                                                                            PLAINTIFF

v.                                          2:10-cv-00067-JLH-JTK

LARRY D. MAY, et al.                                                                              DEFENDANTS

**ORDER**

      Plaintiff originally filed this action pursuant to 42 U.S.C. § 1983, and was granted in forma pauperis status while incarcerated at the East Arkansas Regional Unit of the Arkansas Department of Correction (ADC).   However, he notified the Court of a change in his address which reflects his release from incarceration (Doc. No. 5).  Therefore, in order to continue the prosecution of this action, Plaintiff must file an updated Application to Proceed In Forma Pauperis (Application). Accordingly,

      IT IS, THEREFORE, ORDERED that Plaintiff shall file an Application within 15 days of the date of this Order.  Failure to file such shall result in the dismissal without prejudice of Plaintiff's Complaint.  See Local Rule 5.5(c)(2).  The Clerk is hereby directed to forward to Plaintiff an Application (AO-240).

      IT IS SO ORDERED this 20th day of December, 2010.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE